IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIAN LEIVA,

    Plaintiff,

v.

CITIMORTGAGE, INC., et al.,

    Defendants.

No. C 09-5571 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On December 23, 2009, Defendants Citimortgage, Inc. and Mortgage Electronic Registration Systems, Inc. filed a Motion to Dismiss and a Motion to Strike, which are noticed for hearing on April 2, 2010. It is HEREBY ORDERED that Plaintiff's opposition briefs shall be due by no later than January 15, 2010, and Defendants' reply briefs shall be due by no later than January 22, 2010. If either party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: January 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE