IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIAN LEIVA,

    Plaintiff,

  v.

CITIMORTGAGE, INC., et al.,

    Defendants.
                               /

No. C 09-5571 JSW

**ORDER TO SHOW CAUSE**

On December 23, 2009, Defendants Citimortgage, Inc. and Mortgage Electronic Registration Systems, Inc. filed a Motion to Dismiss and a Motion to Strike, which are noticed for hearing on April 2, 2010. On January 4, 2010, this Court issued an Order setting a briefing schedule. Pursuant to that Order, Plaintiff's opposition briefs were due by no later than January 15, 2010. Plaintiff has not filed her opposition briefs in accordance with the Court's deadline.

Accordingly, Plaintiff is HEREBY ORDERED to show cause as to why this case should not be dismissed for failure to prosecute, or why the motions should not be granted as unopposed, or why the Court should not impose monetary sanctions on Plaintiff or her counsel.[1] Plaintiff's response to this Order to Show Cause shall be due on January 29, 2010. If Plaintiff seeks to file opposition briefs to Defendants' motions, she must submit a request to the Court by that date demonstrating good cause to permit the filing of untimely briefs. The hearing set for April 2, 2010 remains on calendar pending further order of the Court.

---

[1] Plaintiff's counsel is counsel in another case pending before this Court and has been advised in that case that future failures to comply with Court deadlines could result in monetary sanctions being imposed.

If Plaintiff fails to submit a response to this Order to Show Cause by January 29, 2010, the Court shall dismiss this case without prejudice for failure to prosecute without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: January 20, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE