IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN LEIVA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITI MORTGAGE INC., et al.,<br><br>    Defendants.<br>_____ / | No. C 09-05571 JSW<br><br>**ORDER RE SANCTIONS** |

On February 5, 2010, this Court issued a Final Order to Show Cause, in which it imposed monetary sanctions on counsel in the amount of $250.00. The Court also ordered that counsel serve a copy of the Final Order to Show Cause on her client and file proof of such serve with the Court. Both the sanctions and the proof of service were due to be filed on February 19, 2010. To date, there is no record that counsel has complied with that Order. In counsel's recent response to the Final Order to Show Cause, she states that "she is deeply appreciative of the Court's forebearance in this matter." (Docket No. 15 (Response to Order to Show Cause at 2:7-8).)

On February 17, 2010, this Court issued an Order regarding Plaintiff's Response to the Order to Show Cause. In the event counsel is under the impression that by that Order, the Court has relieved her of her obligation to pay the sanctions imposed on February 5, 2010 or has relieved her of her obligation to serve the February 5, 2010 Order on her client and file proof of such service with the Court, the Court issues this Order to clarify that it has not.

//

Accordingly, counsel must pay the sanctions in the amount of $250.00 to the Clerk of the Court by no later than February 26, 2010, the date on which Plaintiff's motion for leave to file an amended complaint is due.  Counsel also shall file proof of service of the February 5, 2010 Order on her client by that date.  As set forth in the Court's February 17, 2010 Order, failure to comply with any of these deadlines shall result in the imposition of monetary sanctions on counsel in the amount of $500.00.

**IT IS SO ORDERED.**

Dated: February 23, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE