IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIAN LEIVA,

    Plaintiff,

v.

CITIMORTGAGE, INC., et al.,

    Defendants.

                                        /

No. C 09-5571 JSW

**ORDER RE ALL PENDING MOTIONS**

On December 23, 2009, Defendants Citimortgage, Inc. and Mortgage Electronic Registration Systems, Inc. filed a Motion to Dismiss and a Motion to Strike, which are noticed for hearing on April 2, 2010. In response, Plaintiff has filed both a Notice of Non-Opposition and a Motion for Leave to File an Amended Complaint, in which she seeks leave to amend to remove her federal claims and asserts that the Court should decline to retain jurisdiction over the remaining state law claims. The Court has received Defendants' response to Plaintiff's Notice of Non-Opposition.

The Court shall keep this matter on calendar on April 2, 2010 to consider Plaintiff's Motion for Leave to Amend and her request to decline to exercise supplemental jurisdiction over the remaining state law claims, as well as Defendants' pending motions to dismiss and to strike. Defendants shall file any opposition to the motion to amend and Plaintiff shall file her reply brief in support of that motion in accordance with the Northern District Civil Local Rules. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing. In light of Plaintiff's counsel's previous violations of this

Court's deadlines, the Court HEREBY ADVISES Plaintiff that if the Court does not take the matter off calendar and if Plaintiff fails to appear at the hearing on April 2, 2010, this matter shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 1, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE